United States District Court
Southern District of Texas
**ENTERED**
November 11, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANABEL NARANJO PERDOMO, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-3518 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contact Detention Facility, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Anabel Naranjo Perdomo, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. Through counsel, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention. (Docket Entry No. 1). The petition asserts a single claim for relief: that petitioner is being illegally detained in violation of her Fifth Amendment due process rights. This argument is foreclosed by the Fifth Circuit's decision in *Sosnava Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

The court **orders** that the petition for a writ of habeas corpus is **denied**. The respondents' Motion for Summary Judgment (Docket Entry No. 5) is **granted in part and denied in part**. Any other pending motions are denied as moot. Final judgment is entered separately.

SIGNED on November 10, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge